# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00273-CV

**Lawrence White, Appellant**

**v.**

**Patrick Browning, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT
### NO. GN203641, HONORABLE DARLENE BYRNE, JUDGE PRESIDING

## C O N C U R R I N G   O P I N I O N

I concur in the judgment only.

Bob Pemberton, Justice

Before Justices B. A. Smith, Puryear and Pemberton

Filed:   January 19, 2006